IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 06-125** |
| | : | |
| **WAYNE HOGUE** | : | **CIVIL ACTION NO. 09-827** |

## ORDER

**AND NOW**, this 6th day of December, 2011, upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Document No. 76), the government's response, the defendant's supplemental statements and submissions, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

                                                            /s/Timothy J. Savage
                                                            TIMOTHY J. SAVAGE,  J.